300 Multiple Choices

Multiple Choices
The document name you requested (/attorneys/assets/opinions/appellate/unpublished/a2168-15.pdf) could not be found on this server.
However, we found documents with names similar to the one you requested.
Available documents:

/attorneys/assets/opinions/appellate/unpublished/a1268-15.pdf (transposed characters)
/attorneys/assets/opinions/appellate/unpublished/a2618-15.pdf (transposed characters)
/attorneys/assets/opinions/appellate/unpublished/a2108-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a2160-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a2163-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0168-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a2166-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3168-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a2167-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a2169-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a2368-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a2568-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a1168-15.pdf (mistyped character)

IBM_HTTP_Server at www.judiciary.state.nj.us Port 443